UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:10-cv-655-J-32JBT

NORMAN HOEWISCHER,

        Plaintiff,

v.

CD 119 CENTRAL PARK, LLC,

        Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, CD 119 Central Park, LLC, hereby Answers the Complaint filed by Plaintiff, Norman Hoewischer ("Plaintiff"), and states:

1. Admitted for jurisdictional purposes only.

2. Denied.

3. Without knowledge.

4. Denied.

5. Denied.

6. Admitted.

7. 42 U.S.C. § 12101, *et seq.* (the "ADA") speaks for itself and Defendant denies all other allegations contained in this paragraph.

8. The ADA speaks for itself and Defendant denies all other allegations contained in this paragraph.

9. The ADA speaks for itself and Defendant denies all other allegations contained in this paragraph.

10. The ADA speaks for itself and Defendant denies all other allegations contained in this paragraph.

11. Denied.

12. The ADA speaks for itself and Defendant denies all other allegations contained in this paragraph.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Without knowledge.

23. The ADA speaks for itself and Defendant denies all other allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES

24. First Affirmative Defense. Plaintiff failed to state a cause of action upon which relief can be granted because Plaintiff has merely stated conclusions of law and failed to state with

specificity the requisite ultimate facts which establish a cause of action for permanent injunction.

25.     Second Affirmative Defense. Plaintiff's claim fails because Plaintiff lacks standing to bring this cause of action. Particularly, Plaintiff has failed to allege with the required specificity that there is any likelihood that he will suffer repeat injury. Instead, Plaintiff is "merely a professional pawn in an ongoing scheme to bilk attorneys' fees from the Defendant," as explained in *Rodriguez v. Investco, LLC*, 305 F. Supp. 2d 1278 (M.D. Fla. 2004). Plaintiff has filed multiple actions in the Middle District, all of which are designed to take advantage of the attorneys' fee portion of the ADA and, therefore, fail.

WHEREFORE, Defendant requests that this Court enter Judgment in its favor and against Plaintiff, awarding Defendant its attorneys' fees pursuant to applicable contract and/or statute, for costs, and for all other relief deemed appropriate.

/s/Brad S. McPherson
Randy R. Dow
Florida Bar No. 0121118
Brad S. McPherson
Florida Bar No. 0017395
Attorneys for Defendant, CD119 Central Park, LLC
PAGE, MRACHEK, FITZGERALD & ROSE, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
(561) 655-2250 Telephone
(561) 655-5537 Facsimile
e-mail: rdow@pm-law.com
e-mail: bmcpherson@pm-law.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:10-cv-655-J-32JBT

NORMAN HOEWISCHER,

    Plaintiff,

v.

CD 119 CENTRAL PARK, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2010 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. I further certify that the foregoing document is being served this day on Todd W. Shulby, Esq., Todd Shulby, P.A., 4705 S.W. 148 Avenue, Suite 102, Davie, FL 33330-2417, Counsel for Plaintiff via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/Brad S. McPherson
    Randy R. Dow
    Florida Bar No. 0121118
    Brad S. McPherson
    Florida Bar No. 0017395
    Attorneys for Defendant, CD119 Central Park, LLC
    PAGE, MRACHEK, FITZGERALD & ROSE, P.A.
    505 South Flagler Drive, Suite 600
    West Palm Beach, FL 33401
    (561) 655-2250 Telephone
    (561) 655-5537 Facsimile
    e-mail: rdow@pm-law.com
    e-mail: bmcpherson@pm-law.com